A. G. FILE NO. 0-3042



# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

*Superseded By*
*art. 29d. V.C.S.*

Honorable V. K. McClain
Criminal District Attorney
Georgetown, Texas

Dear Sir:

Opinion No. 0-3042
Re: Effect of county passing out of
population bracket classifica-
tion as applied to House Bill
No. 115, Acts 40th Legislature,
1st Called Session, as amended
by Senate Bill No. 436, Acts 46th
Legislature.

We are in receipt of your letter of June 13th re-
questing the opinion of this department as follows:

"Williamson County has been operating the
County School System under House Bill No. 115,
Chapter 89, Acts 1927, as amended by Senate Bill
No. 436, passed by the 46th Legislature, which
amended Section 1 of the original Act. Section
1, as amended, is as follows:

"'The general management, supervision, and
control of the public free schools of counties
with an area of more than eleven hundred (1,100)
square miles and a population of not less than
forty-two thousand (42,000) nor more than fifty-
two thousand (52,000) according to the last pre-
ceding Federal Census, shall be vested in a
County Board of Equalization. . . .'

"Prior to the 1940 Federal Census, William-
son County had a population within the bracket
set out in Section 1 of Senate Bill No. 436, but
under the 1940 Federal Census the present popula-
tion of Williamson County is 41,698, being less
than the minimum population as provided by the
amendment.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

"QUESTION:  Does Williamson County, at the present time, operate under the above law?"

In our Opinion No. 0-3123 this department had before it for consideration the effect of Gaines County passing out of the population bracket set forth in Senate Bill No. 442, Acts 46th Legislature under the 1940 Federal Census.  In that opinion it was ruled that when, by the last preceding Federal Census, the county exceeded the maximum population bracket provided in the Act, it thereby was excluded from the classification therein provided and the provisions of the Act were no longer applicable to such county.

In the question presented by you, Williamson County, under the 1940 Federal Census, has passed out of the population bracket provided in Senate Bill No. 436, Acts 46th Legislature, by reason of the fact that its population according to such Census is now less than the minimum population provided by that Act.  The same authorities and reasoning set out fully in our Opinion No. 0-3123 would be equally applicable to the facts stated in your letter of request, and we therefore enclose a copy of such opinion herewith.

It is our opinion that under the facts set forth in your letter of request, House Bill No. 115, Acts 40th Legislature, 1st Called Session, as amended by Senate Bill No. 436, Acts 46th Legislature, is not now applicable to Williamson County.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By _____
Cecil C. Cammack
Assistant

CCC:db

Enclosure

APPROVED JUN 13, 1942

ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY _____
CHAIRMAN